**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **AREZOU SEADET** | :   **DOCKET NO. 2:24-cv-00260** |
| **VERSUS** | :   **JUDGE JAMES D. CAIN, JR.** |
| **PENN ENTERTAINMENT INC ET AL** | :   **MAGISTRATE JUDGE LEBLANC** |

## **JUDGMENT**

Before the court is a Report and Recommendation [doc. 39] of the Magistrate Judge, recommending that the *Unopposed Motion for Leave to File Second Supplemental and Amended Complaint for Damages* ("Motion to Amend") [doc. 37] filed by plaintiff be granted.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's Motion to Amend [doc. 37] be **GRANTED** and the instant case be **REMANDED** to the 14th Judicial District Court, Calcasieu Parish, Louisiana.

**THUS DONE AND SIGNED** in Chambers on this 16th day of March, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**